# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shakopee Chevrolet, Inc., | Case No. 22-cv-2264 (JRT/DJF) |
| Plaintiff, | |
| v. | |
| General Motors LLC, | |
| Defendant. | |
| | |
| Shakopee Chevrolet, Inc., | Case No. 20-cv-2366 (JRT/DJF) |
| Plaintiff, | |
| v. | |
| General Motors LLC, | |
| Defendant. | |

## ORDER CONSOLIDATING CASES

This matter is before the Court on Plaintiff Shakopee Chevrolet Inc.'s Unopposed Motion for Consolidation and Reassignment ("Motion") (ECF No. 9)[1].

The Court concludes that these actions involve a common question of law or fact. Fed. R. Civ. P. 42(a). The Court further concludes that consolidation of these actions would avoid unnecessary cost or delay, Fed. R. Civ. P. 42(a)(3), and would not lead to inefficiency, inconvenience, or unfair prejudice to a party, Fed. R. Civ. P. 42(b). The Court therefore grants the Motion.

---

[1] The ECF Number refers to Case No. 22-cv-2264 (JRT/DJF). As set forth below, all future filings should be docketed in Case No. 20-cv-2366.

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The cases of *Shakopee Chevrolet Inc. v. General Motors LLC*, Case No. 22-cv-2264 (JRT/DJF), and *Shakopee Chevrolet Inc. v. General Motors LLC*, Case No. 20-cv-2366 (JRT/DJF), are consolidated for pre-trial proceedings and trial before District Judge John R. Tunheim and Magistrate Judge Dulce J. Foster, subject to the court's discretion under Rule 42(b) to order separate trials "for convenience, to avoid prejudice, or to expedite and economize."

2. To give full effect to this consolidation of related proceedings, the Court further orders that:

   a. The first-filed case, *Shakopee Chevrolet Inc. v. General Motors LLC*, Case No. No. 20-cv-2366 (JRT/DJF), shall serve as the lead case;

   b. All future filings for these related proceedings shall be filed in the lead case and shall bear the caption: *In re: Shakopee Chevrolet Inc. v. General Motors LLC*;

   c. All future filings in the lead case shall be considered filed in the relevant related case; filings should not be separately documented in the related cases and all previous filings in the related cases need not be re-filed in the lead case; and

   d. The Clerk of Court is directed to administratively close case number 22- cv-2264.

3. The parties shall file an Amended Rule 26(f) Report in the form attached no later than **Friday, November 25, 2022**. Upon receipt of the parties' Amended Rule 26(f) Report the Court will either issue an Amended Pretrial Scheduling Order or schedule a Pretrial Scheduling Conference if necessary.

Dated: October 28, 2022                     *s/ Dulce J. Foster*
                                                                                 DULCE J. FOSTER
                                                                                 U.S. Magistrate Judge

Attachment